**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

**RICKIE WEBB,**

**Plaintiff,**

**v.** **No. 25-1180-STA-jay**

**GIBSON COUNTY,**
**TENNESSEE, et al.,**

**Defendants.**

---

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON DAMAGES**

---

Before the Court is the United States Magistrate Judge's Report and Recommendation that Plaintiff be awarded damages in the total amount of $73,310,182.67 following a default judgment against Defendants Estates of Robert Barnett Inman, Albert Harvel ("A.H.") Schoonover, Lucion ("L.R.") English, and William Warren Jones. (ECF No. 76.) The Magistrate Judge also recommended that this Court expressly find that the damages awarded are compensatory only and that no portion of the $73,154,294.00 compensatory damages award constitutes or represents punitive damages. Additionally, it was recommended that post-judgment interest accrue on the total money judgment at the rate and in the manner prescribed by 28 U.S.C. § 1961 and that the award of attorney's fees through August 13, 2026, be without prejudice to a timely supplemental application for reasonable fees and recoverable expenses incurred thereafter.

The Magistrate Judge submitted his Report and Recommendation on September 1, 2026. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report. To date no party has filed objections to the Magistrate Judge's Report. Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the proceedings, the Court hereby **ADOPTS** the Report in its entirety. Plaintiff is hereby awarded damages in the amount of $73,310,182.67 against the Estates of Robert Barnett Inman, Albert Harvel ("A.H.") Schoonover, Lucion ("L.R.") English, and William Warren Jones.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 7, 2026